UNITED STATES of America,
Plaintiff–Appellee,

v.

William M. BRYSON, Jr.,
Defendant–Appellant.

No. 01–7549.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Nov. 26, 2001.

William M. Bryson, Jr., pro se.

Mark C. Moore, Assistant United States Attorney, Columbia, SC, for appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

William M. Bryson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Bryson,* Nos. CR–01–240; CA–01–2795–8–20 (D.S.C. Aug. 13, 2001). Additionally, we deny Bryson's motion for release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*